IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CRIMINAL ACTION FILE |
| | : NO. 4:16-CR-0021-HLM-WEJ |
| | : |
| JAMES GABRIEL LAMB | : |
| | : |
| Defendant. | : |

## REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

The defendant, by consent, has appeared before me and entered a plea of guilty to the Indictment [11] pursuant to a written Plea Agreement. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Fed. R. Crim. P. 11, I have determined that the guilty plea was knowing and voluntary, and that the offense charged is supported by an independent basis in fact establishing each of the essential elements of such offense. I, therefore, recommend that the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

**SO RECOMMENDED**, this 20th day of October, 2016.

_____
WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)