IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

UNITED STATES OF AMERICA,

v.

JAMES GABRIEL LAMB.

CRIMINAL ACTION FILE
NO. 4:16-CR-021-01-HLM-WEJ

ORDER

This case is before the Court on the Report and Recommendation on Plea of Guilty issued by United States Magistrate Judge Walter E. Johnson [39].

On June 14, 2016, a federal grand jury sitting in the Northern District of Georgia, Atlanta Division returned an indictment against Defendant. (Indictment (Docket Entry No. 11).) Count one of the indictment charged Defendant with being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). (Id. at 1.) Count two of the indictment charged Defendant with knowingly stealing a firearm that had previously moved in interstate and foreign commerce, in violation of 18 U.S.C. § 924(l). (Id.)

AO 72A
(Rev.8/8

Count three charged Defendant with knowingly possessing and causing to be present a firearm in a Federal court facility, in violation of 18 U.S.C. § 930(e). (Id.)

Defendant moved to transfer his case from the Atlanta Division of the United States District Court for the Northern District of Georgia to the Rome Division of that Court. (Mot. Transfer Division (Docket Entry No. 28).) On September 6, 2016, United States Magistrate Judge John K. Larkins, III granted the Motion, and the case was transferred to this Court. (Order of Sept. 6, 2016 (Docket Entry No. 32).)

On October 20, 2016, Defendant filed a Consent to Tender Plea Before U.S. Magistrate Judge. (Consent to Tender Plea (Docket Entry No. 37).) On that same day, Defendant entered a plea of guilty before Judge Johnson to count one of the indictment. (Minute Entry (Docket Entry No. 36); Guilty Plea and Plea Agreement (Docket Entry No. 38).)

2

On October 24, 2016, Judge Johnson issued his Report and Recommendation. (Report & Recommendation (Docket Entry No. 39).) Judge Johnson's Report and Recommendation states, in relevant part:

> The defendant, by consent, has appeared before me and entered a plea of guilty to Count One of the Indictment [11] pursuant to a written Plea Agreement. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Fed. R. Crim. P. 11, I have determined that the guilty plea was knowing and voluntary, and that the offense charged is supported by an independent basis in fact establishing each of the essential elements of such offense. I, therefore, recommend that the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

(Id. at 1.)

As of the date of this Order, neither Defendant nor the Government has filed an Objection to the Report and Recommendation. The time period for filing Objections has expired, and the Court therefore finds that this matter is ripe for resolution.

Based on the Court's review of the Report and Recommendation and the record in the case, the Court finds that Defendant's plea of guilty was knowingly and voluntarily made, and that Defendant's plea to Count One of the indictment was supported by an independent basis in fact establishing each of the essential elements of that offense. Pursuant to Rule 11 of the Federal Rules of Civil Procedure, the Court **ADOPTS** the Report and Recommendation [39] and makes it the Order of this Court. Defendant's plea of guilty to the indictment is hereby accepted, and Defendant is hereby adjudged guilty of said offense. Defendant's sentencing hearing is scheduled for Friday, January 27, 2017, at 1:30 p.m., in Room 300 of the United States Courthouse, 600 East First Street, Rome, Georgia.

IT IS SO ORDERED, this the 15 day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/8
2)